Thomas C. Cronin (SBN 200754)
CRONIN & CO., LTD.
120 North LaSalle Street, 20th Floor
Chicago, Illinois 60602
Tel: 312-500-2100
tcc@cronincoltd.com

Attorneys for Plaintffs
**BARBARA McHUGH *et al.***

DENTONS US LLP
MICHAEL J. DUVALL (SBN 276994)
michael.duvall@dentons.com
SANDRA D. HAUSER
sandra.hauser@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: 213-623-9300 / Fax: 213-623-9924

Attorneys for Defendant
**METROPOLITAN LIFE INSURANCE COMPANY**

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA MCHUGH, CHARLES PATRICK MCHUGH, and JOHN ELLSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | Case No. 2:22-cv-06152-SB-AS<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Plaintiffs, Barbara McHugh, Charles Patrick McHugh and John Ellsworth, and Defendant, Metropolitan Life Insurance Company, by and through their respective counsel, provide notice that the parties have reached a settlement on an individual/non-class basis that entirely resolves the above-captioned matter. The parties are in the process of finalizing the written settlement agreement.

In the interests of judicial economy and to avoid unnecessary expense, the parties respectfully request the Court: (1) vacate all pending dates and deadlines in this action; and (2) give the parties thirty (30) days to file an appropriate stipulation of dismissal.

Dated: July 3, 2023

Respectfully submitted,

By: /s/ Sandra D. Hauser

Michael J. Duvall (SBN 276994)
Sandra D. Hauser (admitted *pro hac vice*)
Drew W. Marrocco (admitted *pro hac vice*)
Marilyn B. Rosen (admitted *pro hac vice*)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
(213) 623-9300
michael.duvall@dentons.com

Respectfully submitted

By: /s/ Robert R. Duncan

Robert R. Duncan (admitted *pro hac vice*)
James Podolny (admitted *pro hac vice*)
DUNCAN LAW GROUP, LLC
161 N. Clark, Suite 2550
Chicago, IL 60601
(312) 202-3283
rrd@duncanlawgroup.com
jp@duncanlawgroup.com

| | | |
|---|---|---|
| 1 | *Counsel for Defendant, Metropolitan* | Thomas C. Cronin (SBN 200754) |
| 2 | *Life Insurance Company* | CRONIN & CO., LTD. |
| | | 120 North LaSalle Street, 20th Floor |
| 3 | | Chicago, IL 60602 |
| 4 | | (312) 500-2100 |
| | | tcc@cronincoltd.com |

Steven Mikuzis
MAG MILE LAW, LLC
535 North Michigan Ave., Suite 200
Chicago, Illinois 60611
(708) 576-1624
steven@magmilelaw.com

Matthew P. Kelly (SBN 224297)
THE LAW OFFICE OF MATTHEW P. KELLY
4652 Glenalbyn Drive
Los Angeles, CA 90065
(310) 483-3608
mpk@matthewpkellylaw.com

*Counsel for Plaintiffs*
*Barbara McHugh, Charles Patrick McHugh*
*and John Ellsworth*

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing "Joint Notice of Settlement" was filed electronically this 3rd day of July, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

By: /s/ Robert R. Duncan
Robert R. Duncan
**DUNCAN LAW GROUP, LLC**
161 North Clark Street
Suite 2550
Chicago, IL 60601
Phone: (312) 202-3283
Email: rrd@duncanlawgroup.com